UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA T. GRIFFIN, | No. C-11-3536 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MONTEREY COUNTY SHERIFF'S DEPT., | |
| Defendant. _____/ | |

This action was opened on July 19, 2011, when the Court received from Joshua Griffin a document entitled "assault by a deputy with mallitious (sic) intent." On that date, the Court notified Mr. Griffin in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The Court further notified Mr. Griffin that this action would be dismissed if he did not submit a complaint or petition within thirty days. Mr. Griffin has failed to provide the Court with either a complaint or petition and the deadline to do so has passed. He also did not file an *in forma pauperis* application. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: March 23, 2012

_____
EDWARD M. CHEN
United States District Judge